## GRANIERI v. SALT LAKE CITY.

No. 202, Misc.   Decided October 11, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## KASHARIAN v. HALPERN ET AL.

No. 389, Misc.   Decided October 11, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.